U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

AUG 0 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **BRANDON CITIZEN** <br> **LA. DOC # 338915** | **CIVIL ACTION NO. 12-2422** <br> **SECTION P** |
| VS. | JUDGE WALTER |
| **WARDEN TERRY TERRELL, ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant petition for writ of mandamus pursuant to 28 U.S.C. § 1361 be construed as a habeas corpus petition under § 2254 and, as such, be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, ~~Lake Charles~~, Louisiana, on this 7th day of August, 2013. ~~2012.~~

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE